IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LCCS GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> A.N. WEBBER LOGISTICS, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 1:16-cv-05827 <br> Honorable Amy J. St. Eve <br><br> JOINT MOTION FOR <br> PROTECTIVE ORDER |

**JOINT MOTION FOR PROTECTIVE ORDER**

Plaintiff LCCS Group ("Plaintiff") and Defendant Interplastic Corporation ("Interplastic"), by and through counsel and pursuant to Fed. R. Civ. P. 26(c)(2), jointly move this Court for an appropriate protective order relating to certain financial information requested by Interplastic in its Second Set of Discovery Requests. In support of this Joint Motion, the parties state as follows:

1. On September 19, 2017, Interplastic propounded its Second Set of Discovery Requests on Plaintiff.

2. Interrogatory No. 14, subpart (b) requested Plaintiff, for each member of the LCCS Group, to "[s]tate the amount of money, in United States Dollars, assessed or allocated by you to that member as part of that member's agreement to join the LCCS Group."

3. On October 19, 2017, Plaintiff served its Responses to Interplastic's Second Set of Discovery Requests. Plaintiff responded to Interrogatory No. 14(b) that "[e]ach member of Plaintiff's group has been assessed on the same basis as what Plaintiff has offered to allow Interplastic to join the Plaintiff LCCS Group," but did not provide the individual amounts paid,

as those amounts are confidential. Instead, Plaintiff offered to enter into a stipulated protective order.

  4. By voicemail October 20, 2017 and by email dated October 23, 2017, counsel for Interplastic indicated Interplastic was agreeable to a protective order.

  5. The parties have agreed to the terms of the protective order. The parties' proposed Protective Order is attached hereto as Exhibit A.

  WHEREFORE, for the foregoing reasons, Plaintiff and Interplastic jointly request the Court enter the proposed Protective Order, or a similar and appropriate protective order, relating to the amounts paid by each LCCS Group member, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: November 2, 2017    Respectfully submitted,

             THE JUSTIS LAW FIRM LLC

             /s/ Rachel D. Guthrie
             Rachel D. Guthrie  N.D. IL ID 64881
             Gary D. Justis   N.D. IL ID 90785201
             Matthew T. Merryman N.D. IL ID 66078
             10955 Lowell Ave.
             Suite 520
             Overland Park, KS 66210-2336
             Telephone: (913) 955-3710
             Facsimile: (913) 955-3711
             Email: gjustis@justislawfirm.com
                 rguthrie@justislawfirm.com
                 mmerryman@justislawfirm.com

             ATTORNEYS FOR PLAINTIFF LCCS GROUP

             /s/ Erik B. Levy
             Erik B. Levy (*pro hac vice*)
             Assistant General Counsel
             Interplastic Corporation
             1225 Willow Lake Boulevard
             St. Paul, MN 55110-5145

Phone: 651-255-1119
Fax: 651-481-9836
elevy@ip-corporation.com

ATTORNEY FOR DEFENDANT
INTERPLASTIC CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2017, a copy of the foregoing Joint Motion for Protective Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/Rachel D. Guthrie
Rachel D. Guthrie