IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LCCS GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:16-cv-05827 |
| | ) | Honorable Amy J. St. Eve |
| | ) | |
| v. | ) | PLAINTIFF'S MOTION FOR |
| | ) | PARTIAL SUMMARY |
| | ) | JUDGMENT |
| A.N. WEBBER LOGISTICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANT INTERPLASTIC CORPORATION**

Plaintiff LCCS Group ("Plaintiff"), by and through counsel and pursuant to FED. R. CIV.

P. 56 and LR 56.1, submits the following Motion for Partial Summary Judgment Against

Defendant Interplastic Corporation ("Interplastic"). Plaintiff respectfully moves for partial

summary judgment on the issue of Interplastic's liability under CERCLA, along with a

declaration that the Court will reserve for a later time the determination of Interplastic's

equitable share of response costs. Plaintiff is contemporaneously filing its Memorandum of Law

in Support of this Motion for Partial Summary Judgment.

Dated:   December 15, 2017          Respectfully submitted,

THE JUSTIS LAW FIRM LLC


/s/ Rachel D. Guthrie
Rachel D. Guthrie      N.D. IL ID 64881
Gary D. Justis        N.D. IL ID 90785201
Matthew T. Merryman N.D. IL ID 66078
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone: (913) 955-3713
Facsimile:  (913) 955-3711
Email: rguthrie@justislawfirm.com
       gjustis@justislawfirm.com
       mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF LCCS GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a copy of the foregoing Plaintiff's Motion for Partial Summary Judgment Against Defendant Interplastic Corporation was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Rachel D. Guthrie
Rachel D. Guthrie