IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LCCS GROUP, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:16-cv-05827 |
| ) | Honorable Harry D. Leinenweber |
| v. ) | |
| ) | MOTION TO DISMISS |
| A.N. WEBBER LOGISTICS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS DEFENDANT**
**INTERPLASTIC CORP. WITH PREJUDICE**

Plaintiff LCCS Group ("Plaintiff"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Interplastic Corp. ("Interplastic") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On June 3, 2016, Plaintiff filed a Complaint seeking contribution and declaratory relief under CERCLA at the USOR Site against several defendants, including Interplastic (Dkt. No. 1).

2. On October 13, 2016, Interplastic filed its Answer to Plaintiff's Complaint (Dkt. No. 167).

3. Plaintiff has entered into a confidential settlement agreement with Interplastic, which settles all claims between Plaintiff and Interplastic for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Interplastic, Plaintiff agreed to dismiss Interplastic as a defendant from this cause with prejudice, each party to bear its own costs.

5. A proposed Order is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Interplastic Corp. from this cause without prejudice, each party to bear its own costs, and for such other and further relief as this Court may deem just and proper under the circumstances.

Dated: December 11, 2019

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis          N.D. IL ID 90785201
Rachel D. Guthrie       N.D. IL ID 64881
Matthew T. Merryman N.D. IL ID 66078
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

ATTORNEYS FOR PLAINTIFF LCCS GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, a copy of the foregoing Motion to Dismiss Defendant Interplastic Corp. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis