IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LCCS GROUP, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:16-cv-05827 |
| A.N. WEBBER LOGISTICS, INC., et al., | ) ) PLAINTIFF'S THIRD STATUS ) REPORT |
| Defendants. | ) ) |

**PLAINTIFF'S THIRD STATUS REPORT**

**INTRODUCTION**

Plaintiff, through the undersigned counsel, and pursuant to the Court's Third Amended General Order 20-0012 In Re: Coronavirus COVID-19 Public Emergency (Dkt. No. 354), submits this Third Status Report updating the Court on activities in this case since Plaintiff filed its Second Status Report on August 18, 2016 (Dkt. No. 78).

Plaintiff filed its Complaint in this case on June 3, 2016 against forty-nine defendants (Dkt. No. 1). As of the date of this Third Status Report, all Defendants have settled and/or been dismissed except the following Defendants, against whom the Court entered default orders:

Si-Tech Industries Inc. (Dkt. No. 312)

Vanderhyden Septic Service co. (Dkt. No. 220)

Johnston & Chapman Inc. (Dkt. No. 219)

GC Electronics (Dkt. No. 218)

By Order dated February 26, 2020 (Dkt. No. 348), the Court scheduled a prove up hearing for damages on April 1, 2020. The Amended General Order 20-0012 of March 16, 2020

(Dkt. No. 352), extended all civil deadlines by 21 days and provided that "[c]ivil case hearings . . . scheduled from March 17, 2020 until April 3, 2020 are stricken from the calendar, to be re-set by the presiding judge on or after April 6, 2020." (Dkt. No. 352, at 1). The Second Amended General Order 20-0012 of March 30, 2020 extended all civil deadlines an additional 28 days, and provided that "[c]ivil case hearings . . . scheduled on or before May 4, 2020 are stricken, to be re-set by the presiding judge to a date on or after May 4, 2020." (Dkt. No. 353, at 2). This Court has not yet re-set the prove-up hearing for damages in this case.

      Plaintiff will file motions for damages against these four (4) remaining Defendants in the coming weeks and participate in the prove up hearing for damages, once it has been re-set.

Dated:   May 18, 2020                      Respectfully submitted,

                                                  THE JUSTIS LAW FIRM LLC

                                                  /s/ Matthew T. Merryman
                                                  Matthew T. Merryman   N.D. IL ID 66078
                                                  Rachel D. Guthrie     N.D. IL ID 64881
                                                  Gary D. Justis          N.D. IL ID 90785201
                                                  10955 Lowell Ave.
                                                  Suite 520
                                                  Overland Park, KS  66210-2336
                                                  Telephone: (913) 955-3710
                                                  Facsimile:  (913) 955-3711
                                                  Email: mmerryman@justislawfirm.com
                                                              rguthrie@justislawfirm.com
                                                                gjustis@justislawfirm.com

                                                 ATTORNEYS FOR PLAINTIFF LCCS GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2020, a copy of the foregoing Plaintiff's Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

                                        /s/ Matthew T. Merryman
                                        Matthew T. Merryman