**LCCS SITE VOLUMETRIC CHART**

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---|---|
| **LCCS Group Members and Settling Parties** | | |
| A.O. Smith Corporation | 493 | |
| ACE Drill Corporation | 150 | |
| American Coil Spring Company | 200 | |
| Barnes Group, Inc. | 100 | |
| Beazer, Inc. | 3,000 | |
| Bell Lumber & Pole Co. | 3,500 | |
| Bemis Company, Inc. | 2,970 | |
| CAI Barrington, Inc. | 440 | |
| Carbit Corp. | 1,018 | |
| Cargill Incorporated | 65,258 | |
| Central Michigan Railway Co. | 2,800 | |
| Chem-Trend Limited Partnership | 1,705 | |
| CNH Industrial America LLC | 1,375 | |
| Creative Foam Corp. | 385 | |
| Elmhurst Memorial Hospital | 110 | |
| ExxonMobil Corporation | 935 | |
| Flint Group Corporation | 1,128 | |
| General Electric Company | 1,155 | |
| Ingredion Inc. | 3,248 | |
| Interplastic Corporation | 2,750 | |
| ITT Corporation | 440 | |
| Justrite Manufacturing Co., LLC | 1,815 | |
| Kerr Corp. | 330 | |
| L. Perrigo Company | 2,035 | |
| Lenz Oil Service Peoria, Inc. | 133,200 | |
| MonoSol, LLC | 1,375 | |
| OXY USA Inc. | 4,135 | |
| Parker-Hannifin Corporation | 660 | |
| Philips Medical Systems, Inc. | 5,303 | |
| Riverside Mfg., LLC | 2,145 | |
| TDY Industries, LLC | 440 | |
| The Gillette Company | 693 | |
| Unisys Corporation | 2,420 | |
| United States Steel Corp. | 3,816 | |
| Valenite, Inc. | 165 | |
| Voyager Learning Co. | 660 | |

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---|---|
| Walker Forge, Inc. | 165 | |
| Wilson Sporting Goods Co. | 6,493 | |
| Ford Motor Company | 199,800 | |
| WRR Environmental Services Company, Inc. | 176,626 | |
| Hydrite Chemical Co. | 138,189 | |
| The Valspar Corporation | 136,130 | |
| Rust-Oleum Corporation | 128,117 | |
| Zenith Electronics LLC | 107,227 | |
| BASF Corporation | 89,590 | |
| R.R. Donnelley & Sons Company | 72,120 | |
| PPG Industries, Inc. | 71,225 | |
| Akzo Nobel Coatings Inc. | 63,872 | |
| Cyclone Transport Inc. | 57,271 | |
| Aerojet Rocketdyne, Inc. | 56,265 | |
| Groot Industries, Inc. | 53,060 | |
| Crown Beverage Packaging, LLC | 50,969 | |
| Glidden | 50,694 | |
| Henkel Corporation | 41,048 | |
| Beaver Oil Co. Inc. | 40,013 | |
| Illinois Tool Works Inc. | 39,483 | |
| Hexion Inc. | 38,520 | |
| Rohm and Haas Company | 36,375 | |
| Chevron Environmental Management Company | 31,720 | |
| Brenntag Great Lakes LLC | 31,615 | |
| USG Industries, Inc./USG Corporation | 29,311 | |
| Chemical Waste Management, Inc. | 29,260 | |
| Veolia ES Industrial Services, Inc. | 27,368 | |
| Georgia-Pacific LLC | 26,280 | |
| MSC Engineered Materials and Solutions Group Inc. | 26,032 | |
| Sequa Corporation | 23,341 | |
| MRC Holdings, Inc. | 22,563 | |
| Becker Specialty Corporation | 21,687 | |
| Telsmith, Inc. | 21,698 | |
| Rexam Beverage Can Company | 21,670 | |
| AbbVie Inc. | 20,316 | |
| Henkel Corporation | 19,192 | |
| Inland Water Pollution Control | 16,949 | |
| Daubert Industries, Inc. | 14,525 | |
| Pfizer Inc. | 14,075 | |

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---:|---|
| Electrolux Home Products, Inc. | 14,040 | |
| Comforce Corp. | 13,904 | |
| BFI Waste Systems of North America, Inc. | 13,893 | |
| Shelby Properties, Inc. | 13,560 | |
| Safety-Kleen Systems, Inc. | 13,300 | |
| INX International Ink Co. | 12,200 | |
| Kinder Morgan, GP | 12,000 | |
| Mallinckrodt LLC | 11,534 | |
| Avon Products, Inc. | 11,350 | |
| Haworth, Inc. | 11,000 | |
| AMETEK, Inc. | 10,700 | |
| Benjamin Moore & Co. | 10,588 | |
| ARAMARK Uniform & Career Apparel, Inc. | 10,255 | |
| Genlyte Thomas Group | 9,240 | |
| Northwestern Flavors, LLC | 9,200 | |
| Ashland Inc. | 9,010 | |
| Kohler Co. | 8,855 | |
| Colwell, Inc. | 8,580 | |
| Federal Signal Corporation | 8,490 | |
| Cooper Power Systems, LLC | 8,315 | |
| AK Steel Corporation | 8,275 | |
| MeadWestvaco Corporation | 8,217 | |
| Cytec Industries Inc. | 7,500 | |
| Siemens Logistics and Assembly Systems, Inc. | 7,379 | |
| Ethicon, Inc. | 7,260 | |
| Avery Dennison Corporation | 7,180 | |
| Herman Miller, Inc. | 7,000 | |
| Tracy Industries, Inc. | 6,710 | |
| The Dow Chemical Company/Union Carbide | 6,600 | |
| Magellan Pipeline Company, L.P. | 6,600 | |
| Printpack, Inc. | 6,500 | |
| Chicago Bridge & Iron Company | 6,345 | |
| Bretford Manufacturing, Inc. | 5,929 | |
| Mercury Minnesota, Inc. | 5,421 | |
| Kraft Foods Global Inc. | 5,283 | |
| Baldor Electric Co. | 5,000 | |
| Lorin Industries, Inc. | 5,000 | |
| Pechiney Plastics Packaging Inc. | 4,950 | |
| Hutchinson Antivibration Systems, Inc. | 4,600 | |

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---:|---|
| Colgate-Palmolive Company | 4,550 | |
| Allied Tube & Conduit Corporation | 4,400 | |
| Univar USA | 4,400 | |
| Steelcase Inc. | 4,380 | |
| Weber Marketing Systems, Inc. | 4,318 | |
| Keeler Brass Company | 4,235 | |
| Baxter Healthcare Corporation | 4,200 | |
| Sine Systems Corporation | 4,101 | |
| Briggs & Stratton Corporation | 4,015 | |
| Valley City Disposal, Inc. | 4,011 | |
| Murphy Oil USA, Inc. | 4,000 | |
| Arkema Inc. | 3,955 | |
| Able Disposal | 3,696 | |
| Enameler & Japanners, Inc. | 3,438 | |
| Xerox Corporation | 3,379 | |
| Navistar, Inc. | 3,260 | |
| Wyeth | 3,218 | |
| Rollie Williams Paint Spot, Inc. | 3,218 | |
| Hitachi Magnetics Corporation | 3,000 | |
| Grantex, Inc. | 3,000 | |
| BP Amoco Chemical Co. | 3,000 | |
| Rockwell Automation, Inc. | 2,990 | |
| Culligan International Company | 2,937 | |
| AFCO Industries, Inc. | 2,915 | |
| Emerson Electric Co. | 2,893 | |
| Weltronic/Technitron Inc. | 2,855 | |
| Deublin Company | 2,833 | |
| American Seating Company | 2,800 | |
| Ethyl Corporation | 2,682 | |
| AMCOR White Cap, Inc. | 2,640 | |
| Scholle Corporation | 2,503 | |
| TC Manufacturing Co., Inc. d/b/a Pak-Sher | 2,305 | |
| T-3 Energy Services, Inc. | 2,266 | |
| Bechtel Power Corporation | 2,211 | |
| E.I. du Pont De Nemours And Company | 2,200 | |
| FMC Corporation | 2,200 | |
| Barton Solvents, Inc. | 2,173 | |
| CNA Holdings, Inc. | 2,090 | |
| Brunswick Corporation | 2,000 | |

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---|---|
| Heritage Environmental Services, LLC | 2,000 | |
| Northrop Grumman Corporation | 1,885 | |
| Maytag Corporation | 1,815 | |
| True Value Company | 1,815 | |
| John Crane Inc. | 1,705 | |
| Velsicol Chemical LLC | 1,674 | |
| Modine Manufacturing Co. | 1,665 | |
| Phillips 66 Pipeline LLC | 1,509 | |
| Kraftube, Inc. | 1,425 | |
| Kelsey-Hayes Company | 1,375 | |
| CBS Corporation | 1,350 | |
| Clear Pack Company | 1,320 | |
| Maurey Manufacturing Corporation | 1,265 | |
| Giddings & Lewis Machine Tools LLC | 1,265 | |
| Whirlpool Corporation | 1,212 | |
| Consumers Energy Company | 1,127 | |
| American Name Plate & Metal Decorating Co. | 1,100 | |
| Barker Manufacturing Co. | 1,045 | |
| Tennant Company | 1,000 | |
| Interface, Inc. | 990 | |
| East Jordan Iron Works, Inc. | 935 | |
| Plasticade Division of American Louver Co. | 935 | |
| Jackson's Industrial Mfg., Inc. | 880 | |
| Sparton Electronics Division | 860 | |
| CG Litigation, Inc. | 825 | |
| DuPage County, Illinois | 825 | |
| Evans Tempcon Inc. | 825 | |
| Great Lakes Terminal & Transport Corporation | 775 | |
| Clare, Inc. | 759 | |
| Union Tank Car Company | 715 | |
| Siemens Industry, Inc. | 715 | |
| Fleetwood Group, Inc. | 715 | |
| Peter J. Bolt Scavenger Service, Inc. | 655 | |
| Zurn Industries, Inc. | 655 | |
| Hammond Suzuki USA, Inc. | 605 | |
| Martin Chevrolet | 555 | |
| McKesson Corporation | 550 | |
| Paulo Products Company | 550 | |
| Plastomer Corporation | 550 | |

| Potentially Responsible Party | Volume (gals.) | Volumetric Percentage |
|---|---|---|
| Sunspring America, Inc. | 500 | |
| Perfect Plastic Printing Corp. | 393 | |
| Repcolite Paints, Inc. | 385 | |
| AAR Manufacturing, Inc. | 330 | |
| Sherwin-Williams Company | 330 | |
| Therm-O-Disc Incorporated | 330 | |
| Interurban Transit Partnership | 320 | |
| Lansing Community College | 315 | |
| Hollister Incorporated | 275 | |
| Woodward MPC Products Corporation | 250 | |
| Humphrey Products Inc. | 165 | |
| Sommer & Maca Industries, Inc. | 143 | |
| Prevue Pet Products, Inc. | 138 | |
| Darton, Inc. | 55 | |
| Hospital Corporation of America | 30 | |
| NCP Coatings, Inc. | - | |
| Roto-Rooter, Inc. | - | |
| Subtotals for LCCS Group Members/Settling Parties | 2,816,621 | 96.3926% |
| **Defaulting Defendants** | | |
| GC Electronics | 4,430 | 0.1516% |
| Johnston & Chapman Inc. | 110 | 0.0038% |
| Si-Tech Industries, Inc. | 94,850 | 3.2460% |
| Vanderhyden Septic Service Co. | 6,018 | 0.2060% |
| **Totals** | **2,922,029** | **100.0000%** |