**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount | |
|---|---|---|---|---|---|
| ARCADIS U.S., Inc. | 11/9/04 | 94601 | P60001587 | $ | 3,357.50 |
| Dykema Gossett PLLC | 11/16/04 | 1001594 | P60001497 - P60001506 | $ | 5,057.65 |
| Barnes & Thornburg LLP | 11/23/04 | 882400 | P60001525 - P60001531 | $ | 8,692.50 |
| Franzetti Law Firm P.C. | 12/2/04 | 102 | P60001511 - P60001513 | $ | 2,116.80 |
| ARCADIS U.S., Inc. | 12/7/04 | 96890 | P60001588 - P60001601 | $ | 10,930.75 |
| Dykema Gossett PLLC | 12/9/04 | 1005165 | P60001497 - P60001506 | $ | 1,158.23 |
| Barnes & Thornburg LLP | 12/17/04 | 887307 | P60001507 - P60001510 | $ | 5,886.80 |
| LECG, LLC | 12/28/04 | 40082 | P60001276 - P60001286 | $ | 10,446.13 |
| LECG, LLC | 12/30/04 | 41001 | P60001276 - P60001286 | $ | 23,836.40 |
| InterCall | 1/1/05 | B1-3227623 | P60001396 - P60001401 | $ | 1,083.36 |
| InterCall | 1/5/05 | B1-3105069 | P60001402 - P60001409 | $ | 1,596.18 |
| Franzetti Law Firm P.C. | 1/10/05 | 125 | P60001514 - P60001524 | $ | 5,154.80 |
| ARCADIS U.S., Inc. | 1/14/05 | 99833 | P60001602 - P60001616 | $ | 2,227.54 |
| Barnes & Thornburg LLP | 1/31/05 | 896777 | P60001492 - P60001496 | $ | 4,846.83 |
| InterCall | 2/1/05 | B1-3362428 | P60001410 - P60001421 | $ | 2,657.79 |
| Franzetti Law Firm P.C. | 2/10/05 | 10015 | P60001514 - P60001524 | $ | 21,162.42 |
| ARCADIS U.S., Inc. | 2/14/05 | 102652 | P60001617 - P60001653 | $ | 8,362.92 |
| Marili McFawn | 2/15/05 | | P60001244 - P60001249 | $ | 2,160.00 |
| Marili McFawn | 2/15/05 | | P60001244 - P60001249 | $ | 5,010.00 |
| Marili McFawn | 2/21/05 | | P60001237 - P60001243 | $ | 10,536.00 |
| Barnes & Thornburg LLP | 2/28/05 | 902394 | P60001532 - P60001533 | $ | 480.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| InterCall | 3/1/05 | B1-3500372 | P60001422 - P60001427 | $ 1,578.51 |
| Marili McFawn | 3/7/05 | | P60001237 - P60001243 | $ 7,350.00 |
| Franzetti Law Firm P.C. | 3/9/05 | 10043 | P60001534 - P60001539 | $ 13,310.95 |
| ARCADIS U.S., Inc. | 3/10/05 | 104947 | P60001617 - P60001653 | $ 5,753.91 |
| LECG, LLC | 3/25/05 | 43130 | P60001287 - P60001316 | $ 1,446.25 |
| LECG, LLC | 3/25/05 | 43296 | P60001287 - P60001316 | $ 6,655.46 |
| LECG, LLC | 3/25/05 | 43128 | P60001287 - P60001316 | $ 15,879.23 |
| LECG, LLC | 3/25/05 | 43131 | P60001287 - P60001316 | $ 23,938.41 |
| LECG, LLC | 3/25/05 | 43174 | P60001287 - P60001316 | $ 35,364.92 |
| InterCall | 4/1/05 | B1-3641067 | P60001428 - P60001442 | $ 1,379.47 |
| Franzetti Law Firm P.C. | 4/6/05 | 10069 | P60001540 - P60001546 | $ 15,899.30 |
| Deno's Catering | 4/11/05 | 37421 | P60001228 - P60001229 | $ 469.85 |
| ARCADIS U.S., Inc. | 4/12/05 | 107759 | P60001654 - P60001669 | $ 3,527.27 |
| Marili McFawn | 4/20/05 | | P60001230 - P60001236 | $ 2,386.33 |
| LECG, LLC | 4/29/05 | 43962 | P60001317 - P60001335 | $ 5,654.95 |
| LECG, LLC | 4/29/05 | 43963 | P60001317 - P60001335 | $ 7,769.92 |
| LECG, LLC | 4/29/05 | 43964 | P60001317 - P60001335 | $ 3,401.25 |
| InterCall | 5/1/05 | B1-3820729 | P60001443 - P60001451 | $ 500.19 |
| Franzetti Law Firm P.C. | 5/6/05 | 10098 | P60001547 - P60001552 | $ 13,489.32 |
| ARCADIS U.S., Inc. | 5/18/05 | 111019 | P60001670 - P60001685 | $ 1,217.82 |
| ARCADIS U.S., Inc. | 5/18/05 | 111018 | P60001670 - P60001685 | $ 12,000.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| LECG, LLC | 5/26/05 | 44781 | P60001336 - P60001344 | $ 9,456.82 |
| InterCall | 5/31/05 | B1-3967075 | P60001452 - P60001459 | $ 690.24 |
| Franzetti Law Firm P.C. | 6/6/05 | 10121 | P60001553 - P60001558 | $ 15,023.10 |
| ARCADIS U.S., Inc. | 6/8/05 | 112733 | P60001686 - P60001698 | $ 1,686.56 |
| LECG, LLC | 6/27/05 | 45650 | P60001345 - P60001355 | $ 9,419.34 |
| InterCall | 7/1/05 | B1-4116438 | P60001460 - P60001465 | $ 381.05 |
| Franzetti Law Firm P.C. | 7/7/05 | 10146 | P60001559 - P60001564 | $ 11,732.30 |
| ARCADIS U.S., Inc. | 7/18/05 | 116247 | P60001699 - P60001736 | $ 1,927.88 |
| ARCADIS U.S., Inc. | 7/18/05 | 116275 | P60001699 - P60001736 | $ 3,000.00 |
| ARCADIS U.S., Inc. | 7/18/05 | 116246 | P60001699 - P60001736 | $ 11,678.30 |
| LECG, LLC | 7/27/05 | 46335 | P60001356 - P60001364 | $ 9,620.91 |
| InterCall | 8/1/05 | B1-4269427 | P60001466 - P60001470 | $ 536.96 |
| Franzetti Law Firm P.C. | 8/4/05 | 10174 | P60001565 - P60001570 | $ 10,509.25 |
| Brausch Environmental, LLC | 8/7/05 | 5201 | P60001270 - P60001275 | $ 3,194.53 |
| LECG, LLC | 8/17/05 | 47058 | P60001365 - P60001373 | $ 3,229.95 |
| ARCADIS U.S., Inc. | 8/26/05 | 119871 | P60001737 - P60001788 | $ 7,766.65 |
| ARCADIS U.S., Inc. | 8/26/05 | 119869 | P60001737 - P60001788 | $ 7,552.80 |
| ARCADIS U.S., Inc. | 8/30/05 | 120028 | P60001737 - P60001788 | $ 1,448.55 |
| InterCall | 9/1/05 | B1-4425943 | P60001471 - P60001476 | $ 756.50 |
| Franzetti Law Firm P.C. | 9/2/05 | 10195 | P60001571 - P60001576 | $ 10,222.99 |
| Brausch Environmental, LLC | 9/4/05 | 5219 | P60001265 - P60001269 | $ 1,725.64 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| ARCADIS U.S., Inc. | 9/13/05 | 122015 | P60001789 - P60001852 | $ 14,206.75 |
| ARCADIS U.S., Inc. | 9/15/05 | 122209 | P60001789 - P60001852 | $ 5,417.85 |
| ARCADIS U.S., Inc. | 9/15/05 | 122210 | P60001789 - P60001852 | $ 1,566.86 |
| LECG, LLC | 9/22/05 | 48293 | P60001374 - P60001381 | $ 4,296.96 |
| InterCall | 10/1/05 | B1-4586316 | P60001477 - P60001480 | $ 421.42 |
| Brausch Environmental, LLC | 10/2/05 | 5235 | P60001256 - P60001264 | $ 2,457.35 |
| Franzetti Law Firm P.C. | 10/3/05 | 10222 | P60001577 - P60001581 | $ 6,734.00 |
| ARCADIS U.S., Inc. | 10/13/05 | 124823 | P60001853 - P60001896 | $ 22,949.32 |
| LECG, LLC | 10/19/05 | 49399 | P60001382 - P60001388 | $ 8,642.75 |
| InterCall | 11/1/05 | B1-4749817 | P60001481 - P60001486 | $ 615.46 |
| Franzetti Law Firm P.C. | 11/3/05 | 10242 | P60001582 - P60001586 | $ 6,588.00 |
| Brausch Environmental, LLC | 11/6/05 | 5250 | P60001250 - P60001255 | $ 3,643.37 |
| ARCADIS U.S., Inc. | 11/10/05 | 127037 | P60001897 - P60001911 | $ 2,365.06 |
| LECG, LLC | 11/16/05 | 50436 | P60001389 - P60001395 | $ 5,132.50 |
| InterCall | 12/1/05 | B1-4919045 | P60001487 - P60001491 | $ 472.62 |
| Brausch Environmental, LLC | 12/4/05 | 5265 | P60000985 - P60000988 | $ 2,159.14 |
| Franzetti Law Firm P.C. | 12/5/05 | 10267 | P60000647 - P60000651 | $ 7,152.00 |
| ARCADIS U.S., Inc. | 12/12/05 | 130244 | P60000921 - P60000931 | $ 1,546.00 |
| FTI Consulting Inc. | 12/19/05 | 51887 | P60001121 - P60001126 | $ 2,361.14 |
| InterCall | 1/1/06 | B1-5102966 | P60001912 - P60001916 | $ 641.03 |
| Brausch Environmental, LLC | 1/3/06 | 6104 | P60000989 - P60000993 | $ 2,968.32 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Franzetti Law Firm P.C. | 1/5/06 | 10296 | P60000652 - P60000655 | $ 6,919.00 |
| ARCADIS U.S., Inc. | 1/16/06 | 133157 | P60000932 - P60000943 | $ 4,123.59 |
| InterCall | 2/1/06 | B1-5278409 | P60001917 - P60001920 | $ 156.78 |
| Brausch Environmental, LLC | 2/5/06 | 6120 | P60000994 - P60000997 | $ 188.66 |
| Franzetti Law Firm P.C. | 2/6/06 | 10322 | P60000656 - P60000658 | $ 1,072.00 |
| ARCADIS U.S., Inc. | 2/8/06 | 135320 | P60000944 - P60000952 | $ 697.20 |
| Franzetti Law Firm P.C. | 3/6/06 | 10347 | P60000659 - P60000661 | $ 1,004.00 |
| ARCADIS U.S., Inc. | 3/9/06 | 138338 | P60000953 - P60000956 | $ 720.60 |
| InterCall | 4/1/06 | B1-5640940 | P60001921 - P60001924 | $ 63.59 |
| Franzetti Law Firm P.C. | 4/3/06 | 10370 | P60000662 - P60000664 | $ 856.00 |
| ARCADIS U.S., Inc. | 4/10/06 | 140670 | P60000957 - P60000961 | $ 406.00 |
| Franzetti Law Firm P.C. | 5/1/06 | 10394 | P60000665 - P60000669 | $ 1,566.00 |
| InterCall | 5/1/06 | B1-5834909 | P60001925 - P60001929 | $ 180.82 |
| Franzetti Law Firm P.C. | 6/7/06 | 10422 | P60000665 - P60000669 | $ 1,134.00 |
| Franzetti Law Firm P.C. | 7/5/06 | 10447 | P60000670 - P60000672 | $ 972.00 |
| Brausch Environmental, LLC | 7/30/06 | 6199 | P60000998 - P60001004 | $ 6,588.70 |
| InterCall | 8/1/06 | B1-6440257 | P60001930 - P60001933 | $ 215.48 |
| Franzetti Law Firm P.C. | 8/3/06 | 10471 | P60000673 - P60000676 | $ 2,679.00 |
| Brausch Environmental, LLC | 9/3/06 | 6215 | P60001005 - P60001007 | $ 2,958.25 |
| Franzetti Law Firm P.C. | 9/7/06 | 10496 | P60000677 - P60000680 | $ 1,421.98 |
| ARCADIS U.S., Inc. | 9/12/06 | 155885 | P60000962 - P60000968 | $ 3,055.70 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Brausch Environmental, LLC | 10/1/06 | 6231 | P60001008 - P60001012 | $ 715.30 |
| Franzetti Law Firm P.C. | 10/5/06 | 10523 | P60000681 - P60000683 | $ 1,856.12 |
| Brausch Environmental, LLC | 11/5/06 | 6248 | P60001013 - P60001017 | $ 1,548.80 |
| Franzetti Law Firm P.C. | 11/6/06 | 10549 | P60000684 - P60000686 | $ 1,371.00 |
| Franzetti Law Firm P.C. | 3/5/07 | 10576 | P60000687 - P60000689 | $ 105.00 |
| Brausch Environmental, LLC | 4/1/07 | 7132 | P60001018 - P60001020 | $ 136.13 |
| Franzetti Law Firm P.C. | 4/5/07 | 10666 | P60000690 - P60000691 | $ 402.00 |
| Franzetti Law Firm P.C. | 8/2/07 | 10688 | P60000692 - P60000694 | $ 1,010.34 |
| Franzetti Law Firm P.C. | 9/7/07 | 10764 | P60000695 - P60000697 | $ 836.00 |
| Brausch Environmental, LLC | 9/30/07 | 7222 | P60001021 - P60001026 | $ 156.25 |
| Franzetti Law Firm P.C. | 11/1/07 | 10780 | P60000698 - P60000704 | $ 307.00 |
| Brausch Environmental, LLC | 11/4/07 | 7239 | P60001027 - P60001030 | $ 1,064.40 |
| InterCall | 12/1/07 | B1-10932523 | P60001934 - P60001939 | $ 203.29 |
| Brausch Environmental, LLC | 12/2/07 | 7256 | P60001031 - P60001033 | $ 1,084.98 |
| Franzetti Law Firm P.C. | 12/6/07 | 10818 | P60000698 - P60000704 | $ 971.00 |
| Nijman Franzetti LLP | 3/10/08 | 10842 | P60000705 - P60000716 | $ 83.00 |
| Brausch Environmental, LLC | 4/6/08 | 8135 | P60001034 - P60001036 | $ 31.25 |
| Nijman Franzetti LLP | 6/9/08 | 10895 | P60000705 - P60000716 | $ 2,296.90 |
| Nijman Franzetti LLP | 7/7/08 | 10995 | P60000705 - P60000716 | $ 265.00 |
| Nijman Franzetti LLP | 8/5/08 | 11023 | P60000705 - P60000716 | $ 420.00 |
| Nijman Franzetti LLP | 9/8/08 | 11057 | P60000705 - P60000716 | $ 6,093.62 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 10/8/08 | 11093 | P60000705 - P60000716 | $ 6,346.97 |
| Nijman Franzetti LLP | 11/12/08 | 11134 | P60000717 - P60000734 | $ 16,241.21 |
| Brausch Environmental, LLC | 11/23/08 | 8246 | P60001037 - P60001042 | $ 5,257.59 |
| Nijman Franzetti LLP | 12/8/08 | 11172 | P60000717 - P60000734 | $ 7,970.00 |
| ARCADIS U.S., Inc. | 12/10/08 | 254835 | P60000969 - P60000970 | $ 1,160.00 |
| Brausch Environmental, LLC | 1/4/09 | 9307 | P60001043 - P60001045 | $ 723.53 |
| Nijman Franzetti LLP | 1/12/09 | 11212 | P60000717 - P60000734 | $ 5,116.24 |
| ARCADIS U.S., Inc. | 1/23/09 | 259901 | P60000971 - P60000976 | $ 645.16 |
| FTI Consulting Inc. | 1/23/09 | 101659 | P60001127 - P60001132 | $ 2,001.89 |
| Nijman Franzetti LLP | 2/9/09 | 11246 | P60000717 - P60000734 | $ 3,379.11 |
| Quarles & Brady LLP | 2/20/09 | 1478275 | P60000644 - P60000646 | $ 1,800.00 |
| FTI Consulting Inc. | 2/20/09 | 102587 | P60001133 - P60001135 | $ 2,845.89 |
| Nijman Franzetti LLP | 3/9/09 | 11286 | P60000735 - P60000739 | $ 6,271.93 |
| FTI Consulting Inc. | 3/27/09 | 103656 | P60001136 - P60001139 | $ 1,893.11 |
| Nijman Franzetti LLP | 4/7/09 | 11316 | P60000740 - P60000742 | $ 2,654.92 |
| Quarles & Brady LLP | 4/10/09 | 1490701 | P60000639 - P60000643 | $ 675.00 |
| FTI Consulting Inc. | 4/23/09 | 104548 | P60001140 - P60001143 | $ 1,372.50 |
| Nijman Franzetti LLP | 5/4/09 | 11350 | P60000743 - P60000745 | $ 1,225.70 |
| Quarles & Brady LLP | 5/29/09 | 1502349 | P60000634 - P60000638 | $ 765.00 |
| Nijman Franzetti LLP | 6/8/09 | 11374 | P60000746 - P60000748 | $ 3,258.00 |
| Quarles & Brady LLP | 6/16/09 | 1506921 | P60000630 - P60000633 | $ 1,530.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 7/6/09 | 11396 | P60000749 - P60000751 | $ 1,813.00 |
| Nijman Franzetti LLP | 8/10/09 | 11424 | P60000752 - P60000754 | $ 2,988.00 |
| FTI Consulting Inc. | 8/28/09 | 108774 | P60001144 - P60001148 | $ 3,527.91 |
| Nijman Franzetti LLP | 9/8/09 | 11451 | P60000755 - P60000757 | $ 695.00 |
| Nijman Franzetti LLP | 10/7/09 | 11479 | P60000758 - P60000760 | $ 1,106.52 |
| Quarles & Brady LLP | 10/15/09 | 1533720 | P60000626 - P60000629 | $ 315.00 |
| Dykema Gossett PLLC | 10/23/09 | 1303523 | P60000531 - P60000534 | $ 1,617.00 |
| Nijman Franzetti LLP | 11/9/09 | 11507 | P60000761 - P60000763 | $ 312.00 |
| Dykema Gossett PLLC | 11/10/09 | 1306828 | P60000525 - P60000530 | $ 264.00 |
| Nijman Franzetti LLP | 12/10/09 | 11530 | P60000764 - P60000766 | $ 2,238.00 |
| Nijman Franzetti LLP | 1/7/10 | 11558 | P60000767 - P60000771 | $ 4,574.00 |
| Dykema Gossett PLLC | 1/13/10 | 1316845 | P60000520 - P60000524 | $ 1,725.80 |
| Brausch Environmental, LLC | 1/31/10 | 10514 | P60001046 - P60001048 | $ 1,092.40 |
| Nijman Franzetti LLP | 2/2/10 | 11589 | P60000767 - P60000771 | $ 3,279.00 |
| Dykema Gossett PLLC | 2/12/10 | 1322028 | P60000515 - P60000519 | $ 165.00 |
| Nijman Franzetti LLP | 3/8/10 | 11619 | P60000772 - P60000774 | $ 1,250.00 |
| Dykema Gossett PLLC | 3/10/10 | 1325737 | P60000511 - P60000514 | $ 99.00 |
| Dykema Gossett PLLC | 4/14/10 | 1331369 | P60000507 - P60000510 | $ 132.00 |
| Nijman Franzetti LLP | 4/19/10 | 11651 | P60000775 - P60000777 | $ 4,726.00 |
| Nijman Franzetti LLP | 5/6/10 | 11684 | P60000778 - P60000781 | $ 3,017.00 |
| Dykema Gossett PLLC | 5/13/10 | 1336067 | P60000503 - P60000506 | $ 198.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| FTI Consulting Inc. | 5/28/10 | 117551 | P60001149 - P60001152 | $ 1,260.00 |
| Nijman Franzetti LLP | 6/7/10 | 11719 | P60000782 - P60000785 | $ 4,223.00 |
| Dykema Gossett PLLC | 6/16/10 | 1341339 | P60000499 - P60000502 | $ 198.00 |
| FTI Consulting Inc. | 6/28/10 | 118437 | P60001153 - P60001157 | $ 1,365.00 |
| Nijman Franzetti LLP | 7/8/10 | 11749 | P60000786 - P60000789 | $ 4,060.00 |
| Nijman Franzetti LLP | 8/9/10 | 11785 | P60000790 - P60000793 | $ 2,169.06 |
| FTI Consulting Inc. | 8/11/10 | 120058 | P60001158 - P60001162 | $ 2,345.00 |
| Quarles & Brady LLP | 9/7/10 | 1607905 | P60000622 - P60000625 | $ 2,154.50 |
| Nijman Franzetti LLP | 9/14/10 | 11817 | P60000794 - P60000796 | $ 923.00 |
| Brausch Environmental, LLC | 10/6/10 | 10703 | P60001049 - P60001051 | $ 901.01 |
| Nijman Franzetti LLP | 10/8/10 | 11853 | P60000797 - P60000799 | $ 5,039.00 |
| Dykema Gossett PLLC | 10/20/10 | 1360735 | P60000495 - P60000498 | $ 594.00 |
| Nijman Franzetti LLP | 11/8/10 | 11886 | P60000800 - P60000803 | $ 4,150.88 |
| Dykema Gossett PLLC | 11/12/10 | 1365734 | P60000491 - P60000494 | $ 264.00 |
| Brausch Environmental, LLC | 12/5/10 | 10720 | P60001052 - P60001054 | $ 844.04 |
| Nijman Franzetti LLP | 12/6/10 | 11923 | P60000804 - P60000808 | $ 8,366.95 |
| Dykema Gossett PLLC | 12/15/10 | 1371062 | P60000487 - P60000490 | $ 198.00 |
| Brausch Environmental, LLC | 1/5/11 | 11207 | P60001055 - P60001057 | $ 501.48 |
| Nijman Franzetti LLP | 1/6/11 | 11964 | P60000809 - P60000811 | $ 1,863.00 |
| Kaufman & Canoles, P.C. | 2/4/11 | 845328 | P60000603 - P60000606 | $ 1,360.00 |
| Nijman Franzetti LLP | 2/10/11 | 12008 | P60000812 - P60000815 | $ 3,783.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 3/7/11 | 12048 | P60000816 - P60000819 | $ 4,386.00 |
| Kaufman & Canoles, P.C. | 3/7/11 | 849930 | P60000600 - P60000602 | $ 255.00 |
| FTI Consulting Inc. | 3/10/11 | 125504 | P60001163 - P60001166 | $ 183.70 |
| Kaufman & Canoles, P.C. | 4/7/11 | 853982 | P60000597 - P60000599 | $ 340.00 |
| Nijman Franzetti LLP | 4/8/11 | 12089 | P60000820 - P60000824 | $ 8,718.52 |
| Nijman Franzetti LLP | 5/6/11 | 12129 | P60000825 - P60000829 | $ 6,249.00 |
| Brausch Environmental, LLC | 5/8/11 | 11269 | P60001058 - P60001061 | $ 328.13 |
| FTI Consulting Inc. | 5/18/11 | 7267382 | P60001167 - P60001171 | $ 2,046.00 |
| Nijman Franzetti LLP | 6/6/11 | 12167 | P60000830 - P60000833 | $ 3,401.56 |
| FTI Consulting Inc. | 6/20/11 | 7269974 | P60001172 - P60001177 | $ 10,303.50 |
| Nijman Franzetti LLP | 7/7/11 | 12215 | P60000834 - P60000837 | $ 5,814.00 |
| FTI Consulting Inc. | 7/19/11 | 7271861 | P60001178 - P60001182 | $ 11,057.50 |
| Nijman Franzetti LLP | 8/8/11 | 12252 | P60000838 - P60000841 | $ 5,616.52 |
| FTI Consulting Inc. | 8/16/11 | 7273840 | P60001183 - P60001189 | $ 4,037.50 |
| Nijman Franzetti LLP | 9/6/11 | 12291 | P60000842 - P60000846 | $ 8,723.00 |
| Brausch Environmental, LLC | 10/2/11 | 11344 | P60001062 - P60001064 | $ 513.94 |
| Nijman Franzetti LLP | 10/6/11 | 12331 | P60000847 - P60000850 | $ 4,544.00 |
| Kaufman & Canoles, P.C. | 10/12/11 | 881377 | P60000594 - P60000596 | $ 765.00 |
| Kaufman & Canoles, P.C. | 10/12/11 | 881378 | P60000590 - P60000593 | $ 3,041.00 |
| Kaufman & Canoles, P.C. | 11/4/11 | 885267 | P60000583 - P60000589 | $ 2,912.19 |
| Brausch Environmental, LLC | 11/6/11 | 11362 | P60001065 - P60001067 | $ 306.06 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 11/7/11 | 12372 | P60000851 - P60000854 | $ 2,899.63 |
| Kaufman & Canoles, P.C. | 12/2/11 | 890227 | P60000583 - P60000589 | $ 364.65 |
| Brausch Environmental, LLC | 12/4/11 | 11381 | P60001068 - P60001073 | $ 1,638.94 |
| Nijman Franzetti LLP | 12/5/11 | 12411 | P60000855 - P60000857 | $ 3,529.00 |
| FTI Consulting Inc. | 12/14/11 | 728445 | P60001190 - P60001194 | $ 1,449.50 |
| Brausch Environmental, LLC | 1/1/12 | 12502 | P60001074 - P60001076 | $ 927.54 |
| Nijman Franzetti LLP | 1/4/12 | 12452 | P60000858 - P60000860 | $ 4,074.00 |
| Kaufman & Canoles, P.C. | 1/16/12 | 895613 | P60000580 - P60000582 | $ 693.00 |
| Brausch Environmental, LLC | 2/5/12 | 12517 | P60001077 - P60001079 | $ 663.78 |
| Nijman Franzetti LLP | 2/6/12 | 12495 | P60000861 - P60000865 | $ 6,369.00 |
| Kaufman & Canoles, P.C. | 2/9/12 | 898820 | P60000576 - P60000579 | $ 1,953.23 |
| FTI Consulting Inc. | 2/23/12 | 7287206 | P60001195 - P60001199 | $ 2,622.00 |
| Brausch Environmental, LLC | 3/4/12 | 12530 | P60001080 - P60001082 | $ 675.24 |
| Nijman Franzetti LLP | 3/8/12 | 12525 | P60000866 - P60000870 | $ 6,477.00 |
| Kaufman & Canoles, P.C. | 3/9/12 | 902398 | P60000570 - P60000575 | $ 3,993.38 |
| FTI Consulting Inc. | 3/14/12 | 7288510 | P60001200 - P60001205 | $ 4,405.83 |
| Brausch Environmental, LLC | 4/2/12 | 12548 | P60001083 - P60001085 | $ 882.39 |
| Nijman Franzetti LLP | 4/6/12 | 12562 | P60000871 - P60000874 | $ 1,714.00 |
| FTI Consulting Inc. | 4/30/12 | 7291870 | P60001206 - P60001211 | $ 1,978.00 |
| Nijman Franzetti LLP | 5/7/12 | 12598 | P60000875 - P60000877 | $ 3,394.00 |
| Brausch Environmental, LLC | 5/7/12 | 12561 | P60001086 - P60001088 | $ 475.05 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 6/6/12 | 12634 | P60000878 - P60000880 | $ 2,569.00 |
| Brausch Environmental, LLC | 6/7/12 | 12587 | P60001089 - P60001091 | $ 1,193.20 |
| Kaufman & Canoles, P.C. | 6/8/12 | 914344 | P60000565 - P60000569 | $ 726.00 |
| Kaufman & Canoles, P.C. | 7/3/12 | 917861 | P60000560 - P60000564 | $ 990.00 |
| Nijman Franzetti LLP | 7/6/12 | 12675 | P60000881 - P60000883 | $ 2,631.00 |
| Brausch Environmental, LLC | 7/8/12 | 12592 | P60001092 - P60001101 | $ 2,541.11 |
| ARCADIS U.S., Inc. | 7/19/12 | 462754 | P60000977 - P60000978 | $ 12,000.00 |
| Brausch Environmental, LLC | 8/5/12 | 12606 | P60001092 - P60001101 | $ 2,690.97 |
| Nijman Franzetti LLP | 8/6/12 | 12724 | P60000884 - P60000886 | $ 3,209.00 |
| Brausch Environmental, LLC | 9/2/12 | 12621 | P60001092 - P60001101 | $ 220.88 |
| Nijman Franzetti LLP | 9/6/12 | 12760 | P60000887 - P60000890 | $ 4,235.00 |
| Kaufman & Canoles, P.C. | 9/13/12 | 926796 | P60000555 - P60000559 | $ 462.00 |
| FTI Consulting Inc. | 9/26/12 | 7302753 | P60001212 - P60001217 | $ 1,045.00 |
| Quarles & Brady LLP | 9/28/12 | 1785668 | P60000617 - P60000621 | $ 5,001.00 |
| Kaufman & Canoles, P.C. | 10/5/12 | 929691 | P60000551 - P60000554 | $ 2,016.64 |
| Brausch Environmental, LLC | 10/7/12 | 12634 | P60001102 - P60001104 | $ 675.68 |
| Nijman Franzetti LLP | 10/8/12 | 12802 | P60000891 - P60000893 | $ 2,207.00 |
| Brausch Environmental, LLC | 11/4/12 | 12648 | P60001105 - P60001107 | $ 2,502.77 |
| Nijman Franzetti LLP | 11/5/12 | 12844 | P60000894 - P60000898 | $ 6,818.05 |
| Kaufman & Canoles, P.C. | 11/7/12 | 934566 | P60000545 - P60000550 | $ 5,261.60 |
| Quarles & Brady LLP | 11/13/12 | 1795195 | P60000613 - P60000616 | $ 3,990.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Kaufman & Canoles, P.C. | 11/29/12 | 937865 | P60000540 - P60000544 | $ 760.17 |
| Brausch Environmental, LLC | 12/2/12 | 12664 | P60001108 - P60001110 | $ 2,577.09 |
| Nijman Franzetti LLP | 12/6/12 | 12878 | P60000899 - P60000902 | $ 5,882.00 |
| Quarles & Brady LLP | 12/10/12 | 1801569 | P60000607 - P60000612 | $ 4,000.00 |
| FTI Consulting Inc. | 12/10/12 | 7307964 | P60001218 - P60001221 | $ 474.71 |
| ARCADIS U.S., Inc. | 1/2/13 | 493537 | P60000979 - P60000981 | $ 20,520.00 |
| Brausch Environmental, LLC | 1/6/13 | 13105 | P60001111 - P60001113 | $ 4,069.85 |
| Nijman Franzetti LLP | 1/7/13 | 12909 | P60000903 - P60000920 | $ 7,497.54 |
| Kaufman & Canoles, P.C. | 1/17/13 | 943793 | P60000535 - P60000539 | $ 2,326.14 |
| Brausch Environmental, LLC | 2/3/13 | 13109 | P60001114 - P60001116 | $ 604.45 |
| Nijman Franzetti LLP | 2/6/13 | 12964 | P60000903 - P60000920 | $ 15,868.00 |
| FTI Consulting Inc. | 2/22/13 | 7313423 | P60001222 - P60001227 | $ 912.00 |
| Brausch Environmental, LLC | 3/3/13 | 13124 | P60001117 - P60001120 | $ 270.42 |
| Nijman Franzetti LLP | 3/6/13 | 13003 | P60000903 - P60000920 | $ 3,955.00 |
| ARCADIS U.S., Inc. | 3/20/13 | 509394 | P60000982 - P60000984 | $ 2,280.00 |
| Brausch Environmental, LLC | 4/7/13 | 13143 | P60001974 - P60001976 | $ 481.58 |
| Nijman Franzetti LLP | 4/8/13 | 13043 | P60000903 - P60000920 | $ 1,218.00 |
| Brausch Environmental, LLC | 5/5/13 | 13161 | P60001977 - P60001979 | $ 242.08 |
| Nijman Franzetti LLP | 5/6/13 | 13097 | P60000903 - P60000920 | $ 4,657.00 |
| Brausch Environmental, LLC | 6/2/13 | 13181 | P60001980 - P60001982 | $ 214.12 |
| Nijman Franzetti LLP | 6/20/13 | 13147 | P60001940 - P60001944 | $ 7,398.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| FTI Consulting Inc. | 6/26/13 | 7323215 | P60001968 - P60001973 | $ 1,254.00 |
| Nijman Franzetti LLP | 7/5/13 | 13199 | P60001945 - P60001949 | $ 5,578.00 |
| Brausch Environmental, LLC | 7/7/13 | 13207 | P60001983 - P60001985 | $ 789.09 |
| Brausch Environmental, LLC | 8/4/13 | 13225 | P60001986 - P60001990 | $ 2,713.30 |
| Nijman Franzetti LLP | 8/6/13 | 13249 | P60001950 - P60001954 | $ 7,489.00 |
| Nijman Franzetti LLP | 9/6/13 | 13298 | P60001955 - P60001958 | $ 6,126.00 |
| Brausch Environmental, LLC | 9/8/13 | 13232 | P60001991 - P60001993 | $ 2,438.46 |
| Nijman Franzetti LLP | 10/7/13 | 13351 | P60001959 - P60001963 | $ 1,254.00 |
| Nijman Franzetti LLP | 11/6/13 | 13402 | P60001964 - P60001965 | $ 120.00 |
| Brausch Environmental, LLC | 12/1/13 | 13282 | P60001994 - P60001996 | $ 213.60 |
| Nijman Franzetti LLP | 12/4/13 | 13449 | P60001966 - P60001967 | $ 218.00 |
| Brausch Environmental, LLC | 1/5/14 | 14402 | P60000129 - P60000131 | $ 270.00 |
| Nijman Franzetti LLP | 1/9/14 | 13499 | P60000386 - P60000387 | $ 255.00 |
| The Chicago Trust Company | 1/15/14 | 5002395 | P60000224 - P60000226 | $ 875.00 |
| Nijman Franzetti LLP | 2/7/14 | 13545 | P60000388 - P60000389 | $ 1,644.15 |
| Brausch Environmental, LLC | 2/9/14 | 14425 | P60000132 - P60000134 | $ 474.34 |
| FTI Consulting Inc. | 2/25/14 | 7341515 | P60000254 - P60000258 | $ 688.00 |
| Nijman Franzetti LLP | 3/7/14 | 13593 | P60000390 - P60000391 | $ 264.00 |
| Brausch Environmental, LLC | 3/9/14 | 14444 | P60000135 - P60000137 | $ 180.50 |
| Nijman Franzetti LLP | 4/7/14 | 13641 | P60000392 - P60000393 | $ 495.00 |
| The Chicago Trust Company | 4/15/14 | 5002504 | P60000227 - P60000229 | $ 875.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| FTI Consulting Inc. | 4/29/14 | 7346782 | P60000259 - P60000263 | $      560.00 |
| Brausch Environmental, LLC | 5/4/14 | 14483 | P60000138 - P60000140 | $      262.19 |
| ARCADIS U.S., Inc. | 5/16/14 | 589224 | P60000040 - P60000042 | $    6,000.00 |
| FTI Consulting Inc. | 5/28/14 | 7349447 | P60000264 - P60000268 | $      320.00 |
| Nijman Franzetti LLP | 6/5/14 | 13696 | P60000394 - P60000395 | $      627.00 |
| Brausch Environmental, LLC | 6/8/14 | 14501 | P60000141 - P60000143 | $      282.93 |
| FTI Consulting Inc. | 6/26/14 | 7351951 | P60000269 - P60000272 | $      240.00 |
| Nijman Franzetti LLP | 7/8/14 | 13778 | P60000396 - P60000397 | $      429.00 |
| The Chicago Trust Company | 7/15/14 | 5002649 | P60000230 - P60000232 | $      875.00 |
| Nijman Franzetti LLP | 8/8/14 | 13818 | P60000398 - P60000399 | $      433.00 |
| Brausch Environmental, LLC | 8/10/14 | 14536 | P60000144 - P60000146 | $      180.71 |
| FTI Consulting Inc. | 8/26/14 | 7356414 | P60000273 - P60000277 | $      417.00 |
| Nijman Franzetti LLP | 9/12/14 | 13859 | P60000400 - P60000402 | $    2,271.00 |
| FTI Consulting Inc. | 9/26/14 | 7359169 | P60000278 - P60000281 | $      616.00 |
| Brausch Environmental, LLC | 10/5/14 | 14576 | P60000147 - P60000149 | $      703.90 |
| Nijman Franzetti LLP | 10/10/14 | 13898 | P60000403 - P60000404 | $    1,155.00 |
| The Chicago Trust Company | 10/15/14 | 5002797 | P60000233 - P60000235 | $      875.00 |
| FTI Consulting Inc. | 10/23/14 | 7361544 | P60000282 - P60000285 | $      160.00 |
| U.S. EPA | 11/7/14 | n/a | P60000001 - P60000014 | $  89,684.54 |
| Nijman Franzetti LLP | 11/10/14 | 13942 | P60000405 - P60000407 | $    1,337.00 |
| Brausch Environmental, LLC | 12/7/14 | 14601 | P60000150 - P60000152 | $      508.65 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 12/10/14 | 13977 | P60000408 - P60000410 | $    1,741.00 |
| FTI Consulting Inc. | 12/23/14 | 7366749 | P60000286 - P60000290 | $       392.00 |
| Nijman Franzetti LLP | 1/10/15 | 14014 | P60000411 - P60000412 | $    1,109.00 |
| FTI Consulting Inc. | 1/19/15 | 7368468 | P60000291 - P60000295 | $       240.00 |
| Brausch Environmental, LLC | 2/8/15 | 15724 | P60000153 - P60000155 | $       287.51 |
| Nijman Franzetti LLP | 2/10/15 | 14056 | P60000413 - P60000416 | $    7,367.00 |
| FTI Consulting Inc. | 2/27/15 | 7371916 | P60000296 - P60000300 | $    1,763.00 |
| Brausch Environmental, LLC | 3/8/15 | 15742 | P60000156 - P60000159 | $    2,060.04 |
| Nijman Franzetti LLP | 3/10/15 | 14092 | P60000417 - P60000420 | $    5,084.30 |
| FTI Consulting Inc. | 3/30/15 | 7374655 | P60000301 - P60000305 | $       240.00 |
| The Chicago Trust Company | 4/15/15 | 5003017 | P60000236 - P60000238 | $    1,750.00 |
| Brausch Environmental, LLC | 4/21/15 | 15756 | P60000160 - P60000163 | $    3,852.51 |
| Nijman Franzetti LLP | 4/27/15 | 14130 | P60000421 - P60000424 | $    3,141.34 |
| FTI Consulting Inc. | 4/28/15 | 7377605 | P60000306 - P60000310 | $    2,404.50 |
| Brausch Environmental, LLC | 5/3/15 | 15773 | P60000164 - P60000167 | $    3,472.96 |
| Nijman Franzetti LLP | 5/12/15 | 14166 | P60000425 - P60000427 | $    1,657.00 |
| FTI Consulting Inc. | 5/27/15 | 7380165 | P60000311 - P60000315 | $       240.00 |
| Brausch Environmental, LLC | 6/7/15 | 15791 | P60000168 - P60000171 | $       701.64 |
| Nijman Franzetti LLP | 6/10/15 | 14209 | P60000428 | $       511.00 |
| Brausch Environmental, LLC | 7/5/15 | 15809 | P60000172 - P60000174 | $       802.40 |
| Nijman Franzetti LLP | 7/10/15 | 14257 | P60000429 - P60000431 | $    1,481.04 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| The Chicago Trust Company | 7/15/15 | 5003082 | P60000239 - P60000241 | $ 875.00 |
| U.S. EPA | 7/16/15 | n/a | P60000015 - P60000028 | $ 83,478.29 |
| Brausch Environmental, LLC | 8/2/15 | 15826 | P60000175 - P60000178 | $ 1,891.20 |
| Nijman Franzetti LLP | 8/6/15 | 14300 | P60000432 - P60000434 | $ 1,081.00 |
| Brausch Environmental, LLC | 9/6/15 | 15843 | P60000179 - P60000182 | $ 2,545.80 |
| Nijman Franzetti LLP | 9/10/15 | 14338 | P60000435 - P60000438 | $ 6,190.00 |
| ARCADIS U.S., Inc. | 9/16/15 | 741796 | P60000043 - P60000046 | $ 14,000.00 |
| ARCADIS U.S., Inc. | 9/16/15 | 741799 | P60000047 - P60000052 | $ 29,544.40 |
| FTI Consulting Inc. | 9/25/15 | 7391495 | P60000316 - P60000320 | $ 960.00 |
| Nijman Franzetti LLP | 10/9/15 | 14381 | P60000439 - P60000442 | $ 2,522.00 |
| The Chicago Trust Company | 10/15/15 | 5003204 | P60000242 - P60000244 | $ 875.00 |
| Brausch Environmental, LLC | 10/17/15 | 15868 | P60000183 - P60000185 | $ 1,656.60 |
| FTI Consulting Inc. | 10/27/15 | 7394278 | P60000321 - P60000325 | $ 240.00 |
| Nijman Franzetti LLP | 11/10/15 | 14436 | P60000443 - P60000446 | $ 5,284.00 |
| Brausch Environmental, LLC | 11/12/15 | 15884 | P60000186 - P60000189 | $ 1,693.80 |
| ARCADIS U.S., Inc. | 11/18/15 | 753097 | P60000053 - P60000059 | $ 52,406.44 |
| FTI Consulting Inc. | 11/23/15 | 7396733 | P60000326 - P60000330 | $ 601.00 |
| Nijman Franzetti LLP | 12/10/15 | 14481 | P60000447 - P60000449 | $ 2,206.00 |
| Brausch Environmental, LLC | 12/13/15 | 15899 | P60000190 - P60000192 | $ 809.10 |
| FTI Consulting Inc. | 12/14/15 | 7398597 | P60000331 - P60000335 | $ 240.00 |
| ARCADIS U.S., Inc. | 12/30/15 | 759950 | P60000060 - P60000066 | $ 33,116.42 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Brausch Environmental, LLC | 1/10/16 | 16113 | P60000193 - P60000195 | $ 477.00 |
| Nijman Franzetti LLP | 1/18/16 | 14530 | P60000450 - P60000452 | $ 2,587.00 |
| FTI Consulting Inc. | 1/26/16 | 7402151 | P60000336 - P60000340 | $ 715.00 |
| ARCADIS U.S., Inc. | 1/27/16 | 764805 | P60000067 - P60000073 | $ 73,737.15 |
| Nijman Franzetti LLP | 2/8/16 | 14577 | P60000453 - P60000456 | $ 2,769.00 |
| Brausch Environmental, LLC | 2/13/16 | 16129 | P60000196 - P60000198 | $ 1,092.53 |
| FTI Consulting Inc. | 2/24/16 | 7404922 | P60000341 - P60000345 | $ 240.00 |
| ARCADIS U.S., Inc. | 2/25/16 | 770214 | P60000074 - P60000080 | $ 26,149.35 |
| Nijman Franzetti LLP | 3/9/16 | 14620 | P60000457 - P60000460 | $ 2,257.00 |
| Brausch Environmental, LLC | 3/11/16 | 16148 | P60000199 - P60000201 | $ 779.63 |
| ARCADIS U.S., Inc. | 3/15/16 | 773911 | P60000081 - P60000086 | $ 7,467.00 |
| FTI Consulting Inc. | 3/25/16 | 7408378 | P60000346 - P60000350 | $ 240.00 |
| Brausch Environmental, LLC | 4/5/16 | 16173 | P60000202 - P60000204 | $ 826.73 |
| Nijman Franzetti LLP | 4/7/16 | 14654 | P60000461 - P60000464 | $ 3,282.00 |
| ARCADIS U.S., Inc. | 4/8/16 | 778076 | P60000087 - P60000092 | $ 30,602.33 |
| The Chicago Trust Company | 4/15/16 | 5003370 | P60000245 - P60000247 | $ 1,750.00 |
| FTI Consulting Inc. | 4/25/16 | 7411617 | P60000351 - P60000355 | $ 544.00 |
| Nijman Franzetti LLP | 5/6/16 | 14714 | P60000465 - P60000467 | $ 1,953.00 |
| Brausch Environmental, LLC | 5/9/16 | 16193 | P60000205 - P60000207 | $ 722.78 |
| ARCADIS U.S., Inc. | 5/19/16 | 785431 | P60000093 - P60000097 | $ 6,703.95 |
| FTI Consulting Inc. | 5/25/16 | 7414572 | P60000356 - P60000360 | $ 240.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Brausch Environmental, LLC | 6/5/16 | 16211 | P60000208 - P60000210 | $ 861.60 |
| Nijman Franzetti LLP | 6/7/16 | 14763 | P60000468 - P60000472 | $ 6,687.00 |
| ARCADIS U.S., Inc. | 6/15/16 | 790305 | P60000098 - P60000101 | $ 9,150.33 |
| FTI Consulting Inc. | 6/27/16 | 7417200 | P60000361 - P60000365 | $ 683.00 |
| Brausch Environmental, LLC | 7/4/16 | 16231 | P60000211 - P60000213 | $ 596.85 |
| Nijman Franzetti LLP | 7/7/16 | 14808 | P60000473 - P60000477 | $ 5,152.00 |
| The Chicago Trust Company | 7/15/16 | 5003435 | P60000248 - P60000250 | $ 875.00 |
| ARCADIS U.S., Inc. | 7/22/16 | 796294 | P60000102 - P60000108 | $ 16,523.51 |
| FTI Consulting Inc. | 7/27/16 | 7419715 | P60000366 - P60000370 | $ 1,930.39 |
| Nijman Franzetti LLP | 8/5/16 | 14865 | P60000478 - P60000480 | $ 2,582.00 |
| Brausch Environmental, LLC | 8/16/16 | 16250 | P60000214 - P60000217 | $ 1,429.50 |
| FTI Consulting Inc. | 8/26/16 | 7422435 | P60000371 - P60000375 | $ 1,000.00 |
| U.S. EPA | 9/2/16 | n/a | P60000029 - P60000039 | $ 15,881.20 |
| Nijman Franzetti LLP | 9/7/16 | 14908 | P60000481 - P60000483 | $ 3,025.00 |
| Brausch Environmental, LLC | 9/7/16 | 16268 | P60000218 - P60000220 | $ 565.80 |
| ARCADIS U.S., Inc. | 9/7/16 | 804003 | P60000109 - P60000115 | $ 32,514.14 |
| ARCADIS U.S., Inc. | 9/9/16 | 804570 | P60000116 - P60000122 | $ 19,209.86 |
| FTI Consulting Inc. | 9/22/16 | 7424703 | P60000376 - P60000380 | $ 772.00 |
| ARCADIS U.S., Inc. | 9/28/16 | 807675 | P60000123 - P60000128 | $ 23,160.82 |
| FTI Consulting Inc. | 10/2/16 | 7427668 | P60000381 - P60000385 | $ 240.00 |
| Brausch Environmental, LLC | 10/9/16 | 16290 | P60000221 - P60000223 | $ 906.60 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| Nijman Franzetti LLP | 10/10/16 | 14964 | P60000484 - P60000486 | $ 1,235.00 |
| The Chicago Trust Company | 10/14/16 | 5003505 | P60000251 - P60000253 | $ 875.00 |
| **Additional Invoices to Produce in Supplemental Disclosures** | | | | |
| Geomatrix Consultants and Engineers, | 2/11/04 | 2235 | | $ 3,832.83 |
| Geomatrix Consultants and Engineers, | 3/3/04 | 2290 | | $ 6,144.61 |
| ARCADIS U.S., Inc. | 3/16/04 | 69989 | | $ 10,055.13 |
| Dykema Gossett PLLC | 3/22/04 | 961145 | | $ 26,154.01 |
| ARCADIS U.S., Inc. | 4/12/04 | 73060 | | $ 3,543.86 |
| Geomatrix Consultants and Engineers, | 4/13/04 | 2368 | | $ 2,155.05 |
| Dykema Gossett PLLC | 4/29/04 | 965741 | | $ 5,060.61 |
| ARCADIS U.S., Inc. | 5/5/04 | 75362 | | $ 454.87 |
| Geomatrix Consultants and Engineers, | 5/11/04 | 2460 | | $ 76.02 |
| Dykema Gossett PLLC | 5/25/04 | 969633 | | $ 8,440.37 |
| ARCADIS U.S., Inc. | 6/4/04 | 78822 | | $ 1,723.70 |
| Geomatrix Consultants and Engineers, | 6/7/04 | 2518 | | $ 5.85 |
| Hinshaw & Culbertson | 6/14/04 | n/a | | $ 667.00 |
| ARCADIS U.S., Inc. | 7/12/04 | 82214 | | $ 332.10 |
| ARCADIS U.S., Inc. | 8/30/04 | 86828 | | $ 550.34 |
| Intercall | 9/1/04 | B1-2716811 | | $ 45.66 |
| Natalie Walsh | 9/13/04 | n/a | | $ 390.45 |
| Natalie Walsh | 9/13/04 | n/a | | $ 568.92 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount | |
|---|---|---|---|---|---|
| Dykema Gossett PLLC | 9/16/04 | 988463 | | $ | 16,967.81 |
| Dykema Gossett PLLC | 9/30/04 | 991846 | | $ | 4,967.55 |
| Intercall | 10/1/04 | B1-2832140 | | $ | 1,034.21 |
| ARCADIS U.S., Inc. | 10/8/04 | 91174 | | $ | 16,431.83 |
| Northern Trust Bank | 12/15/04 | n/a | | $ | 18.60 |
| LECG, LLC | 12/19/05 | 51887 | | $ | 2,361.14 |
| Northern Trust Bank | 4/12/06 | n/a | | $ | 20.00 |
| Nijman Franzetti LLP | 12/3/08 | 1106 | | $ | 115.56 |
| LECG, LLC | 1/23/09 | 101659 | | $ | 2,001.89 |
| LECG, LLC | 2/20/09 | 102587 | | $ | 2,845.89 |
| LECG, LLC | 3/27/09 | 103656 | | $ | 1,893.11 |
| LECG, LLC | 4/23/09 | 104548 | | $ | 1,372.50 |
| Brausch Environmental, LLC | 6/7/09 | 9380 | | $ | 1,658.30 |
| LECG, LLC | 8/28/09 | 108774 | | $ | 3,527.91 |
| Northern Trust Bank | 2/12/10 | n/a | | $ | 20.00 |
| Northern Trust Bank | 3/5/10 | n/a | | -$ | 20.00 |
| LECG, LLC | 5/28/10 | 117551 | | $ | 1,260.00 |
| LECG, LLC | 6/28/10 | 118437 | | $ | 1,365.00 |
| LECG, LLC | 8/11/10 | 120058 | | $ | 2,345.00 |
| U.S. EPA | 10/31/11 | 05-FOI-01347-11 | | $ | 169.00 |
| Northern Trust Bank | 4/6/12 | n/a | | -$ | 30.00 |

**EXHIBIT B**

**Plaintiff's Index of Damages (as of 1/13/17)**

| Payee | Invoice Date | Invoice No. | Bates No. | Amount |
|---|---|---|---|---|
| The Chicago Trust Company | 10/15/13 | 43-1035-01-3 | | $ 584.93 |
| | | | **TOTAL** | $ 1,903,085.80 |