### INTEREST CALCULATIONS AS OF 12/01/20
### (EXH. C)

| GC Electronics | | | | | |
|---|---|---|---|---|---|
| | **Demand Date:** | **Amount:** | | | |
| | November 20, 2015 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** |
| $2,342.40 | 2015 | 0.0075 | 1 | 0.126 | $2,344.61 |
| $2,344.61 | 2016 | 0.0067 | 1 | 1 | $2,360.32 |
| $2,360.32 | 2017 | 0.007 | 1 | 1 | $2,376.84 |
| $2,376.84 | 2018 | 0.0087 | 1 | 1 | $2,397.52 |
| $2,397.52 | 2019 | 0.0175 | 1 | 1 | $2,439.47 |
| $2,439.47 | 2020 | 0.0222 | 1 | 0.169 | $2,448.54 |
| GC Eletonics total for response costs plus applicable interest incurred before November 20, 2015 | | | | | $2,448.54 |
| GC Eletonics total for response costs plus applicable interest incurred after November 20, 2015 | | | | | $558.06 |
| Total damages plus applicable interest against GC Electronics | | | | | $3,006.60 |
| Per diem interest calculation for each day after December 1, 2020 | | | | | $0.15 |

**INTEREST CALCULATIONS AS OF 12/01/20**
**(EXH. C)**

| | | | | | |
|---|---|---|---|---|---|
| | Johnston & Chapman Inc. | | | | |
| | **Demand Date:** | **Amount:** | | | |
| | November 20, 2015 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** |
| $58.71 | 2015 | 0.0075 | 1 | 0.126 | $58.77 |
| $58.77 | 2016 | 0.0067 | 1 | 1 | $59.16 |
| $59.16 | 2017 | 0.007 | 1 | 1 | $59.57 |
| $59.57 | 2018 | 0.0087 | 1 | 1 | $60.09 |
| $60.09 | 2019 | 0.0175 | 1 | 1 | $61.14 |
| $61.14 | 2020 | 0.0222 | 1 | 0.169 | $61.37 |
| Johnston & Chapman Inc. total for response costs plus applicable interest incurred before November 20, 2015 | | | | | $61.37 |
| Johnston & Chapman Inc. total for response costs plus applicable interest incurred after November 20, 2015 | | | | | $13.99 |
| Total damages plus applicable interest against Johnston & Chapman Inc. | | | | | $75.36 |
| Per diem interest calculation for each day after December 1, 2020 | | | | | $0.00 |

## INTEREST CALCULATIONS AS OF 12/01/20
### (EXH. C)

| Si-Tech Industries, Inc. | | | | | |
|---|---|---|---|---|---|
| | **Demand Date:** | **Amount:** | | | |
| | November 20, 2015 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** |
| $50,154.64 | 2015 | 0.0075 | 1 | 0.126 | $50,201.88 |
| $50,201.88 | 2016 | 0.0067 | 1 | 1 | $50,538.23 |
| $50,538.23 | 2017 | 0.007 | 1 | 1 | $50,892.00 |
| $50,892.00 | 2018 | 0.0087 | 1 | 1 | $51,334.76 |
| $51,334.76 | 2019 | 0.0175 | 1 | 1 | $52,233.12 |
| $52,233.12 | 2020 | 0.0222 | 1 | 0.169 | $52,427.31 |
| Si-Tech Industries, Inc. total for response costs plus applicable interest incurred before November 20, 2015 | | | | | $52,427.31 |
| Si-Tech Industries, Inc. total for response costs plus applicable interest incurred after November 20, 2015 | | | | | $11,949.00 |
| Total damages plus applicable interest against Si-Tech Industries, Inc. | | | | | $64,376.31 |
| Per diem interest calculation for each day after December 1, 2020 | | | | | $3.19 |

**INTEREST CALCULATIONS AS OF 12/01/20**
**(EXH. C)**

| Vanderhyden Septic Service Co. | | | | | |
|---|---|---|---|---|---|
| | **Demand Date:** | **Amount:** | | | |
| | November 20, 2015 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** |
| $3,182.95 | 2015 | 0.0075 | 1 | 0.126 | $3,185.95 |
| $3,185.95 | 2016 | 0.0067 | 1 | 1 | $3,207.29 |
| $3,207.29 | 2017 | 0.007 | 1 | 1 | $3,229.74 |
| $3,229.74 | 2018 | 0.0087 | 1 | 1 | $3,257.84 |
| $3,257.84 | 2019 | 0.0175 | 1 | 1 | $3,314.86 |
| $3,314.86 | 2020 | 0.0222 | 1 | 0.169 | $3,327.18 |
| Si-Tech Industries, Inc. total for response costs plus applicable interest incurred before November 20, 2015 | | | | | $3,327.18 |
| Si-Tech Industries, Inc. total for response costs plus applicable interest incurred after November 20, 2015 | | | | | $758.32 |
| Total damages plus applicable interest against Si-Tech Industries, Inc. | | | | | $4,080.50 |
| Per diem interest calculation for each day after December 1, 2020 | | | | | $0.20 |