IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LCCS GROUP, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:16-cv-05827 |
| ) | Honorable Jorge L. Alonso |
| v. ) | |
| ) | [PROPOSED] ORDER |
| ) | |
| A.N. WEBBER LOGISTICS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon the Plaintiff's Combined Motion for Default Judgment Against Defaulting Defendants, and for good cause shown, it is Ordered that GC Electronics pay the amount of $3,006.60 for Plaintiff's damages through January 13, 2017, which includes prejudgment interest, plus post judgment interest at the rate of 2.22% per annum, plus 0.1516% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017.

It is further Ordered that Johnston & Chapman Inc. pay the amount of $75.36 for Plaintiff's damages through January 13, 2017, which includes prejudgment interest, plus post judgment interest at the rate of 2.22% per annum, plus 0.0038% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017.

It is further Ordered that Si-Tech Industries, Inc. pay the amount of $64,376.31 for Plaintiff's damages through January 13, 2017, which includes prejudgment interest, plus post judgment interest at the rate of 2.22% per annum, plus 3.2460% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017.

It is further Ordered that Vanderhyden Septic Service Co. pay the amount of $4,080.50 for Plaintiff's damages through January 13, 2017, which includes prejudgment interest, plus post judgment interest at the rate of 2.22% per annum, plus 0.2060% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017.

SIGNED on this ___ day of _____, 2020.

_____
Jorge L. Alonso
United States District Judge