# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LCCS Group

                    Plaintiff,

v.                                                                   Case No.: 1:16–cv–05827

                                                                            Honorable John F. Kness

A.N. Webber Logistics, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 26, 2021:

      MINUTE entry before the Honorable John F. Kness: In an order [364] entered on 7/2/2021, the Court directed Plaintiff to show cause in writing, on or before 7/12/2021, why this case should not be dismissed with prejudice for lack of prosecution. As part of the 7/2 order, the Court warned Plaintiff that the order constituted the Court's final warning before dismissal. As of the date of today's minute order, Plaintiff has failed to comply with the 7/2 order or otherwise to manifest its intent to resume prosecution of this case. Accordingly, the case is dismissed with prejudice. Enter separate final judgment order. Any pending motions are dismissed as moot. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.