ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

LCCS Group,

Plaintiff,

v.

A.N. Webber Logistics, Inc., *et al.*,

Defendants.

No.  16-cv-05827
Judge John F. Kness

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐　　in favor of plaintiff

which ☐ includes　　pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐　　in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒　　other: Case dismissed with prejudice for failure to prosecute.

---

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　without a jury and the above decision was reached.
☒ decided by Judge John F. Kness at the Court's instance on entry of an order of dismissal.

Date: July 26, 2021

JOHN F. KNESS
United States District Judge