# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LCCS Group

                        Plaintiff,

v.                                              Case No.: 1:16–cv–05827

                                                                  Honorable John F. Kness

A.N. Webber Logistics, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 18, 2021:


      MINUTE entry before the Honorable John F. Kness: Before the Court is Plaintiff's motion [367] to set aside the default judgment [366] entered on 7/26/2021. For the reasons set forth in the motion, the motion is granted. More specifically, Plaintiff has established that it never received electronic notice of docket entries [363] and [364]. This lack of notice was likely due to this judge's technical error, not that of Plaintiff or Court staff; the Court regrets this oversight. Because the Court perceived incorrectly that Plaintiff had failed to respond to those orders, they formed the basis of the later entry of default judgment. It would be unlawful for the default judgment to stand in view of the Court's mistake. Accordingly, the default judgment is vacated under Rule 60(b) of the Federal Rules of Civil Procedure. The Clerk is requested to reinstate the case on the docket and reinstate Plaintiff's motion [362] for default judgment. Plaintiff must file, as separate docket entries, the proofs of service referred to in the motion on or before 8/27/2021. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.