IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LCCS GROUP, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>)<br>A.N. WEBBER LOGISTICS, INC., et al., )<br>)<br>    Defendants. ) | Civil Action No. 1:16-cv-05827<br>Honorable John F. Kness |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, a copy of the Plaintiff's Combined Motion for Default Judgment Against Defaulting Defendants (Dkt. No. 362) was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System. I further certify that on December 4, 2020, the aforementioned filing and the Court's Order directing service (Dkt. No. 361) were sent via U.S Priority Mail, postage prepaid, to the principal for Defaulting Defendant GC Electronics I further certify, according to the USPS that on December 14, 2020, GC Electronics received the aforementioned mailing. Proof of service attached hereto as Exhibit A.

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Matthew T. Merryman
Matthew T. Merryman N.D. IL ID 66078
Rachel D. Guthrie    N.D. IL ID 64881
Gary D. Justis    N.D. IL ID 90785201
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3739
Facsimile: (913) 955-3711
Email: mmerryman@justislawfirm.com
      gjustis@justislawfirm.com
      rguthrie@justislawfirm.com

ATTORNEYS FOR PLAINTIFF LCCS GROUP