# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

LCCS GROUP,

Plaintiff,

v.

A.N. WEBBER LOGISTICS, INC., et al.,

Defendants.

No. 16-cv-05827
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff LCCS GROUP
and against Defendant GC ELECTRONICS
in the amount of $3,006.60 for Plaintiff's damages through January 13, 2017 plus 0.1516% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017;

in favor of Plaintiff LCCS GROUP
and against Defendant JOHNSTON & CHAPMAN INC.
in the amount of $75.36 for Plaintiff's damages through January 13, 2017 plus 0.0038% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017;

in favor of Plaintiff LCCS GROUP
and against Defendant SI-TECH INDUSTRIES, INC.
in the amount of $64,376.31 for Plaintiff's damages through January 13, 2017 plus 3.2460% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017; and

in favor of Plaintiff LCCS GROUP
and against Defendant VANDERHYDEN SEPTIC SERVICE CO.
in the amount of $4,080.50 for Plaintiff's damages through January 13, 2017 plus 0.2060% of all response costs incurred by Plaintiff at the LCCS Site after January 13, 2017

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion [362] for default judgment.

Date: September 27, 2021

                                           JOHN F. KNESS
                                           United States District Judge